# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JUSTIN LYNN VICTORY,

    Plaintiff,

v.

HENDERSON NA P.D., *et al.*,

    Defendants.

Case No. 2:23-cv-02086-CDS-NJK

ORDER

Plaintiff is proceeding in this action *pro se* and submitted a complaint to initiate this case. Docket No. 1-1. Plaintiff has not, however, paid the required filing fee or requested authority pursuant to 28 U.S.C. § 1915 to proceed *in forma pauperis*. To proceed with this case, Plaintiff must either pay the filing fee or file an application to proceed *in forma pauperis*, including an inmate account statement for the past six months and a properly executed financial certificate.[1]

Accordingly, **IT IS ORDERED:**

1. Plaintiff must either make the necessary arrangements to pay the filing fee, accompanied by a copy of this order, or file a complete application to proceed *in forma pauperis*, including an inmate account statement for the past six months and a properly executed financial certificate.

2. The Clerk of the Court shall send Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

---

[1] The Court takes note that Plaintiff submitted a financial certificate and inmate account statement with his complaint. Docket No. 1 at 7-9. If Plaintiff chooses to file an application to proceed *in forma pauperis*, Plaintiff must resubmit all required documents at the same time as his application.

1

Plaintiff must comply with this order no later than February 7, 2024. Failure to comply will result in a recommendation to the District Judge that this case be dismissed.

IT IS SO ORDERED.

Dated: December 20, 2023

_____
Nancy J. Koppe
United States Magistrate Judge