**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JUSTIN LYNN VICTORY,

    Plaintiff(s),

v.

HENDERSON NA P.D., et al.,

    Defendant(s).

Case No. 2:23-cv-02086-CDS-NJK

**ORDER**

Pending before the Court is mail returned undeliverable. Docket No. 11. It appears the docket was not updated with Plaintiff's new address pursuant to the Court's prior order. *See* Docket No. 8 at 2. The Clerk's Office is **INSTRUCTED** to update the docket with Plaintiff's address as reflected in the return address at Docket No. 7 at 1. In light of the above, the Clerk's Office is also **INSTRUCTED** to send Plaintiff copies of the orders at Docket Nos. 8 and 10.

The deadline for Plaintiff to pay the partial filing fee is **EXTENDED** to April 23, 2024.

IT IS SO ORDERED.

Dated: March 27, 2024

                                                               Nancy J. Koppe
                                                               United States Magistrate Judge