# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JUSTIN LYNN VICTORY,<br><br>    Plaintiff(s),<br><br>v.<br><br>HENDERSON NA P.D., et al.,<br><br>    Defendant(s). | Case No. 2:23-cv-02086-CDS-NJK<br><br>**ORDER**<br>[Docket Nos. 13, 14] |

Pending before the Court are Plaintiff's motions to extend the deadline to pay the partial filing fee, Docket Nos. 13-14, which are **GRANTED**. The deadline for Plaintiff to pay the partial filing fee is **EXTENDED** to June 7, 2024.

IT IS SO ORDERED.

Dated: April 19, 2024

                                                     _____
                                                   Nancy J. Koppe
                                                   United States Magistrate Judge