UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JUSTIN LYNN VICTORY,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>HENDERSON NA P.D., et al.,<br><br>　　　　Defendant(s). | Case No. 2:23-cv-02086-CDS-NJK<br><br>**ORDER**<br><br>[Docket No. 21] |

On April 24, 2024, the Court screened Plaintiff's complaint, including finding that a claim had been stated against the John Doe Henderson police officers, Docket No. 17, but that a claim had not been stated against the Henderson Police Department, *see* Docket No. 19. The Court ordered any amended complaint seeking to cure that deficiency as to Henderson municipal liability must be filed by May 24, 2024. *See id.* at 3. Plaintiff has now filed a motion to extend that deadline. Docket No. 21. For good cause shown, the motion to extend is **GRANTED** and the deadline to file an amended complaint is **RESET** to June 7, 2024.

The Court also notes that Plaintiff filed an amended complaint concurrently with his motion to extend that appears to omit a municipal claim against Henderson, Docket No. 22, which prompts some concern regarding the required contents of pleadings. The Court will again caution Plaintiff as follows:

> If Plaintiff chooses to amend the complaint, Plaintiff is informed that the Court cannot refer to a prior pleading (i.e., the original Complaint) in order to make the Amended Complaint complete. This is because, as a general rule, an Amended Complaint supersedes the original Complaint. Local Rule 15-1(a) requires that an Amended Complaint be complete in itself without reference to any prior pleading. Once a plaintiff files an Amended Complaint, the original Complaint no longer serves any function in the case. Therefore, in an Amended Complaint, as in an original Complaint, each claim and the involvement of each Defendant must be sufficiently alleged.

Docket No. 19 at 3.  Accordingly, any further attempt to amend the complaint must be complete and include all claims against all remaining defendants.

    IT IS SO ORDERED.

    Dated: May 13, 2024

                                                Nancy J. Koppe
                                                United States Magistrate Judge