UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JUSTIN LYNN VICTORY,

    Plaintiff(s),

v.

HENDERSON NA P.D., et al.,

    Defendant(s).

Case No. 2:23-cv-02086-CDS-NJK

**ORDER**

[Docket No. 32]

On April 24, 2024, the Court screened Plaintiff's complaint, including finding that a claim had been stated against the John Doe Henderson police officers. Docket No. 17. The Court required Plaintiff to identify these police officers by July 23, 2024. *See id.* at 3. Now pending before the Court is Plaintiff's motion to extend that deadline. Docket No. 32. Plaintiff indicates that he has been attempting to identify these police officers, but is still awaiting receipt of certain information. *See id.* at 1-2. For good cause shown, the motion to extend is **GRANTED**. Plaintiff must file a notice with the Court identifying the John Doe Henderson police officers by September 6, 2024. **Failure to comply with this deadline may result in dismissal of this claim.**

IT IS SO ORDERED.

Dated: July 12, 2024

                                              Nancy J. Koppe
                                              United States Magistrate Judge