**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JUSTIN LYNN VICTORY,<br><br>    Plaintiff(s),<br><br>v.<br><br>HENDERSON NA P.D., et al.,<br><br>    Defendant(s). | Case No. 2:23-cv-02086-CDS-NJK<br><br>**ORDER**<br>[Docket No. 28] |

Pending before the Court is Plaintiff's motion to add a date to an earlier complaint. Docket No. 28; *see also* Docket No. 22.[1] The request appears to be effectively akin to a notice of errata. *See* Local Rule IC 2-2(h). As so construed, the motion to add a date is **GRANTED**.

IT IS SO ORDERED.

Dated: July 12, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] That complaint has since been superseded by the filing of another amended complaint. *See* Docket No. 31.

1