UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JUSTIN LYNN VICTORY,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>HENDERSON NA P.D., et al.,<br><br>　　　　Defendant(s). | Case No. 2:23-cv-02086-CDS-NJK<br><br>**ORDER**<br><br>[Docket No. 39] |

　　　　On April 24, 2024, the Court screened Plaintiff's complaint, finding that a claim had been stated against the John Doe Henderson police officers. Docket No. 17. The Court required Plaintiff to identify these police officers. *See id.* at 3. Although he has already had four months to do so, Plaintiff has filed another motion to extend this deadline, indicating that he is still seeking documents from his lawyer, but has not received them to date. Docket No. 39 at 1. This is a very thin showing, particularly given the ample time to identify the John Doe Henderson police officers and given the multiple warnings that dismissal may result from failing to meet the existing deadline on this issue. *See* Docket No. 17 at 3; Docket No. 33 at 1. The Court will allow a final extension to this deadline, so the motion to extend is **GRANTED**. Plaintiff must file a notice with the Court identifying the John Doe Henderson police officers by October 7, 2024. **NO FURTHER EXTENSIONS WILL BE GRANTED, SO FAILURE TO COMPLY WITH THIS DEADLINE MAY RESULT IN DISMISSAL OF THE SUBJECT CLAIMS.**

　　　　IT IS SO ORDERED.

　　　　Dated: August 29, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1