UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Justin Lynn Victory, | Case No.: 2:23-cv-02086-CDS-NJK |
| Plaintiff | **Order Denying Without Prejudice Plaintiff's Motion to Stay** |
| v. | |
| John DOES, et al., | [ECF No. 35] |
| Defendants | |

On July 26, 2024, pro se plaintiff Justin Lynn Victory moved to stay this action, asserting he was informed he was imminently due to be extradited to the state of Arizona. *See generally* Mot., ECF No. 35. Then, on August 8, 2024, in accordance with the local rules, Victory updated his address to a facility in the state of Nevada. Notice, ECF No. 36. The notice suggests that this motion is moot, and it is therefore denied without prejudice. However, if Victory feels that a stay is still necessary, he may file a motion setting forth the reasons for his request and the court will consider it accordingly.

Thus Victory's motion to stay **[ECF No. 35] is denied without prejudice.**

Dated: September 20, 2024

_____
Cristina D. Silva
United States District Judge